FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
SHANY KANFI, ESQ.
Nevada Bar No. 16899
NAQVI INJURY LAW
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Telephone: (702) 553-1000
Facsimile: (702) 553-1002
naqvi@naqvilaw.com
mmcgrady@naqvilaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KYESWA BASHIR, individually,<br><br>Plaintiff,<br>vs.<br><br>JIANJUN WEI, individually; FASTEASY TRANSPORT INC.; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02368-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (Second Request)** |

This stipulation to extend deadlines is made and entered into by and between Plaintiff KYESWA BASHIR ("Plaintiff") and Defendants JIANJUN WEI and FASTEASY TRANSPORT, INC. ("Defendants"), by and through their respective counsel of record, hereby submits this STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST) pursuant to LR IA6-1(a) for the Court's consideration.

**DISCOVERY COMPLETED TO DATE – LR 26-3(a)**

1. The parties attended an Fed. R. Civ. P. 26(f) conference on December 17, 2025, and a Stipulated Discovery Plan and Scheduling Order was filed on January 8, 2026, with approval by the Hon. Maximiliano D. Couvillier III on January 9, 2026.
2. Defendants served their Initial Disclosures pursuant to F.R.C.P. 26(a)(1) on December 22, 2025.

3. Plaintiff served his Initial Disclosures pursuant to F.R.C.P. 26(a)(1) on December 23, 2025.
4. Plaintiff has provided Defendants with medical HIPAA authorizations executed by Plaintiff.
5. Defendants propounded a first set of Requests for Production to Plaintiff on January 16, 2026, to which responses were provided on March 3, 2026.
6. Defendants propounded a first set of Interrogatories to Plaintiff on January 16, 2026, to which responses were provided on March 3, 2026.
7. Plaintiff propounded a first set of Requests for Production to Defendant Wei on March 24, 2026, to which responses were provided on March 3, 2026.
8. Plaintiff propounded a first set of Interrogatories to Defendant Wei on March 24, 2026, to which responses were provided on March 3, 2026.
9. Plaintiff propounded a first set of Requests for Production to Defendant Fasteasy on March 24, 2026, *to which responses have not yet been provided*.
10. Plaintiff propounded a first set of Interrogatories to Defendant Fasteasy on March 24, 2026, *to which responses have not yet been provided.*
11. Plaintiff served his First Supplement to Initial Disclosures pursuant to F.R.C.P. 26(a)(1) on May 13, 2026.
12. Plaintiff's deposition was taken on May 14, 2026.
13. .Defendants served their First Supplement to Initial Disclosures pursuant to F.R.C.P. 26(a)(1) on July 27, 2026.
14. Plaintiff propounded a first set of Requests for Admissions to Defendant Fasteasy on July 28, 2026, *to which responses will be due on August 27, 2026.*

/ / /

/ / /

/ / /



NAQVI INJURY LAW

**DISCOVERY REMAINING – LR 26-3(b)**

1. Depositions of witnesses including, but not limited to:
   a. Defendant Jianjun Wei
   b. Defendants 30(b)(6) representative(s) and employees;
   c. Experts;
   d. Plaintiff's treating physicians;
   e. Other percipient witnesses.
2. Additional written discovery.
3. Any other discovery which may be determined relevant and necessary.

**REASON FOR EXTENSION – LR 26-3(c)**

Pursuant to LR IA 6-1 and LR 26-3, the parties represent that good cause exists for the extension of the applicable deadlines in this matter. The parties have been diligent in conducting discovery thus far; however, additional time is needed. This would be the second request for an extension of deadlines, and the Parties have already propounded written discovery; however, once Defendants produce their responses to the more recently served requests, the parties anticipate taking the depositions of critical parties and witnesses, such as but not limited to Defendant Jianjun Wei, and to retaining experts and having them provide adequate opinions. Additionally, Plaintiff's anticipate taking the deposition of Defendant Fasteasy Transport, Inc.'s NRCP 30(b)(6) designee in August, and are currently determining available dates for both the parties. This will require additional time so that the Parties can subsequently provide timely expert reports. Finally, the parties anticipate there will be the possibility of early resolution either through informal negotiations or formal mediation and desire to conduct these prior to expending additional time and funds on experts. Therefore, the parties respectfully request an extension of the deadlines as referenced in the chart below by an additional ninety (90) days.

**NEW DISCOVERY DEADLINES – LR 26-3(d)**

| Discovery | Current Deadline | New Deadline |
|---|---|---|
| Amending Pleadings/ Adding Parties | Completed. | Completed |
| Expert Witness Disclosure | August 21, 2026 | **November 19, 2026** |
| Rebuttal Expert Disclosure | September 21, 2026 | **December 20, 2026** |
| Discovery Deadline | October 21, 2026 | **January 21, 2027** |
| Dispositive Motions | November 20, 2026 | **February 19, 2027** |
| Pretrial Order | December 21, 2026 | **March 22, 2027** |

NAQVI INJURY LAW

If this extension is granted, the above-referenced deadlines should be concluded within the stipulated extended deadline. The parties represent that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

**IT IS SO STIPULATED** and agreed as to the terms and conditions of this Stipulation to Extend Discovery Deadlines.

DATED this *4th* day of August, 2026.

NAQVI INJURY LAW

*/s/ Shany Kanfi*
FARHAN R. NAQVI, ESQ.
Nevada Bar No. 8589
SHANY KANFI, ESQ.
Nevada Bar No. 12899
9500 W. Flamingo Rd., Suite 104
Las Vegas, Nevada 89147
*Counsel for Plaintiff*

DATED this *4th* day of August, 2026.

DENNETT WINSPEAR, LLP

*/s/ Ryan L. Dennett*
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
3301 N. Buffalo Drive, Suite #195
Las Vegas, Nevada 89129
*Attorney for Defendants*

**IT IS SO ORDERED:**

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 5, 2026

NAQVI INJURY LAW